## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER EGLI,**<br><br>       *Plaintiff,*<br><br>    v.<br><br>**CHESTER COUNTY LIBRARY SYSTEM,** *et al.*,<br><br>       *Defendants.* | **CIVIL ACTION NO. 18-4012** |

## ORDER

**AND NOW**, this 12th day of August 2019, upon consideration of Defendants' Motions to Dismiss [Doc. Nos. 22, 24, 26, 30], the responses thereto, and Plaintiff's Motion to Add Lower Merion Township to the List of Defendants [Doc. No. 21], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motions to Dismiss [Doc. Nos. 22, 24, 26, 30] are **GRANTED**. Accordingly, all claims against Defendants are **DISMISSED WITH PREJUDICE**, and without leave to amend.

2. Plaintiff's Motion to Add Lower Merion Township [Doc. No. 21] is **DISMISSED AS MOOT**.

3. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            _____

                                            **CYNTHIA M. RUFE, J.**